**IN THE UNITED STATES DISTIUCT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, EVANSVILLE DIVISION**

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY OF THE SOUTH, | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00065 |
| v. | ) | |
| TRIPLE B TRUCKING, LLC, GREGORY PETERSON, AND ANN M. HUDEK, | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF NATIONAL INDEMNITY COMPANY OF THE SOUTH**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff National Indemnity Company of the South ("National Indemnity"), by and through its undersigned counsel, respectfully files this Notice of Voluntary Dismissal. The underlying actions giving rise to this declaratory judgment action filed by National Indemnity have been fully resolved by way of settlement, thereby rendering moot all issues in this case. Accordingly, National Indemnity voluntarily dismisses this action without prejudice. Each party shall bear its own attorneys' fees, expenses and costs.

Dated: December 7, 2023

Respectfully submitted,

/s/ Wendy N. Enerson
Attorney for Plaintiff National Indemnity
Company of the South

Katherine O'Malley ARDC No. 29032-49
Wendy N. Enerson ARDC No. 6272377 *(pro hac vice to be filed)*
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100 (telephone)
(312) 382-8910 (facsimile)
wenerson@cozen.com
komalley@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a copy of the foregoing Notice of Voluntary Dismissal by Plaintiff National Indemnity Company of the South was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Wendy N. Enerson
Wendy N. Enerson
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 382-3100
Telecopier: (312) 382-8910
E-mail: wenerson@cozen.com